Leo P. Norton (SBN 216282)
JACKSON LEWIS, P.C.
200 Spectrum Center Dr, Ste 500
Irvine, CA 92168
Telephone: (949) 299-4130
Leo.Norton@jacksonlewis.com

Lara P. Besser (SBN 282289)
Gabriella S. Han (SBN 322932)
JACKSON LEWIS P.C.
225 Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 573-4900
Facsimile: (619) 573-4901
Lara.Besser@jacksonlewis.com
Gabriella.Han@jacksonlewis.com

Attorneys for Defendant
THERMO FISHER SCIENTIFIC INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SCOTT RICKES, and individual, on behalf of himself, all others similarly situated, and all other aggrieved employees,

Plaintiffs,

vs.

THERMO FISHER SCIENTIFIC INC., a Delaware corporation, and DOES 1-20, inclusive,

Defendant(s).

Case No.: 3:25-cv-00690-GPC-JLB

**DEFENDANT THERMO FISHER SCIENTIFIC INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, AND STAY ACTION**

*[Concurrently filed with Memorandum of Points and Authorities, Declarations of Krisann Raposa, Leo Norton; [Proposed] Order]*

Hearing
Date: **July 11, 2025**
Time: **1:30 p.m.**
Courtroom: **2D**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **July 11, 2025** at **1:30 p.m.**, or as soon thereafter as this matter may be heard, in Courtroom 2D of the above-captioned Court, located at the James M. Carter and Judith N. Keep United States Courthouse, 333 W. Broadway, San Diego, California 92101, before the Honorable Gonzalo P. Curiel, Defendant Thermo Fisher Scientific Inc. ("Thermo Fisher") will and hereby does move this Court for an order: (1) compelling Plaintiff Scott Rickes ("Plaintiff") to arbitrate his individual claims asserted in the Complaint against Thermo Fisher; (2) dismissing Plaintiff's class claims pursuant to the class waiver in the binding arbitration agreement, and (3) staying this action pending completion of arbitration.

Thermo Fisher makes this motion under the Federal Arbitration Act (9 U.S.C. § 1, *et seq.*) or alternatively under the California Arbitration Act (Cal. Code of Civ. Proc. § 1281, *et seq.*) on the grounds Plaintiff entered into a valid and binding arbitration agreement requiring that he individually arbitrate all claims arising out of or with respect to his employment with or termination of his employment with Thermo Fisher, and this dispute falls within the scope of his agreement.

This Motion is made and based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the concurrently filed Declarations of Leo Norton and Krisann Raposa and exhibits thereto, all pleadings, documents, and records on file in this action, all matters upon which judicial notice may be taken, any oral or documentary evidence that may be presented prior to or at the time of hearing on this Motion, any oral argument, and any other matter that the Court may properly consider.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 and several subsequent meet and confer efforts, during which Plaintiff refused to submit his individual claims to arbitration and to stay this action notwithstanding the existence of a valid arbitration agreement between Plaintiff and Thermo Fisher, thereby necessitating this Motion.

DATED: May 12, 2025

JACKSON LEWIS P.C.

By: ______________________________

Leo P. Norton
Lara P. Besser
Gabriella S. Han

Attorneys for Defendant
THERMO FISHER SCIENTIFIC INC